NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO MARCEL LEWIS, | ) | No. C 10-01335 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| BRENDA M. CASH, et al., | ) | |
| Defendants. | ) | (Docket No. 4) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at the California State Prison - Los Angeles County in Lancaster, California, which lies within Los Angeles County. (Compl. at 6) (Docket No. 6). Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District, the Western Division, of California. See 28 U.S.C. § 1406(a).

In light of this transfer, the Court will defer to the Central District regarding Plaintiff's motion for leave to proceed in forma pauperis. (Docket No. 4.) The Clerk

1 | shall terminate any pending motions and transfer the entire file to the Western Division of
2 | the Central District of California.
3 |     IT IS SO ORDERED.
4 | DATED:   8/2/10

                                  JEREMY FOGEL
                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO MARCEL LEWIS SR,

    Plaintiff,

v.

BRENDA M. CASH, et al.,

    Defendants.

Case Number: CV10-01335 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/11/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Orlando Marcel Lewis V90279
CSP-Los Angeles County
P.O. Box 4430
A5-128Low
Lancaster, CA 93539-4430

Dated: 8/11/10

                      Richard W. Wieking, Clerk